**VAN–159** Order Confirming Chapter 13 Plan – Rev. 09/20/2018

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
Jocelyn Williams Cole
1104 Jamison Pond Dr.
Knightdale, NC 27545

CASE NO.: 19–00910–5–DMW

DATE FILED: March 1, 2019

CHAPTER: 13

ORDER CONFIRMING CHAPTER 13 PLAN

THIS MATTER comes before the court upon the Chapter 13 Plan filed in the above case on March 15, 2019 at

**Docket Number 13**; and

IT APPEARING to the court that the plan should be confirmed.

NOW THEREFORE, IT IS HEREBY ORDERED that the plan is confirmed.

The trustee is directed to make payment of commissions and expenses to the trustee and fees and costs to the debtor's attorney, Erich M. Fabricius, in the amount of $4250.00 as reasonable compensation, of which the sum $500.00 was paid prior to the filing of this case. The balance of $3750.00 shall be paid in such a manner as may be authorized by the trustee. In the event the fee allowed is less than requested, the debtor's attorney may request the court to reconsider the fee allowance upon appropriate motion for reconsideration to be filed with the court within 20 days of entry of this order.

The trustee is directed to pay administrative expenses and creditors with timely filed proofs of claim pursuant to the plan; the trustee is directed to make a final report and file a final account of the administration of the estate with the court; the debtor(s) shall not transfer any interest in real property without prior approval of the court; and this order does not prejudice the debtor(s) or trustee from objecting to claims or from bringing any applicable avoidance action.

DATED: May 24, 2019

David M. Warren
United States Bankruptcy Judge